■ In the Matter of BLAIR BICKLER, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles, Respondent.— Proceeding dismissed on

the merits and respondent's determination confirmed, with costs. On the record presented, it is our opinion that there is substantial proof to sustain the determination. Munder, Acting P. J., Martuscello, Shapiro, Brennan and Benjamin, JJ., concur.